UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

STEVEN MAKOWSKY,

Plaintiff,

-against-

COUNTY OF NASSAU; NASSAU COUNTY POLICE DEPARTMENT; NASSAU COUNTY POLICE OFFICERS NICOLE BETTES, JOSEPH CHECCO, and CHRISTOPHER COSTELLO (individually and in their capacity as employees of the Nassau County Police Department); SHERIFF'S DEPARTMENT COUNTY OF NASSAU; JOHN DOES "1&2", (individually and in their capacity as employees of the Sheriff's Department County of Nassau); LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC.; JOSHUA KIRSCHNER, (LCFD) AND DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department),

Defendants.

-----------------------------------------------------------------------X

Civil Case No:

2:24-CV-03156-ST

VERIFIED ANSWER TO VERIFIED COMPLAINT

JURY DEMAND REQUESTED

The defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)** by their attorneys, AHMUTY, DEMERS & McMANUS, ESQS., as and for their verified answer to the plaintiff's verified complaint, alleges upon information and belief:

## AS AND FOR AN ANSWER TO JURISDICTION AND VENUE

**1.** Denies having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"1"** of the verified complaint.

**2.** Deny upon information and belief each and every allegation contained in paragraph designated **"2"** of the verified complaint and complaint has been removed to United States District Court, Eastern District of New York.

**AS AND FOR AN ANSWER TO PARTIES**

**3:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"3"** of the verified complaint.

**4:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"4"** of the verified complaint.

**5:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"5"** of the verified complaint.

**6:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"6"** of the verified complaint.

**7:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"7"** of the verified complaint.

**8:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"8"** of the verified complaint.

**9:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"9"** of the verified complaint.

**10:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"10"** of the verified complaint.

**11:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"11"** of the verified complaint.

**12:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"12"** of the verified complaint.

**13:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"13"** of the verified complaint.

**14:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"14"** of the verified complaint.

**15:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"15"** of the verified complaint.

**16:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"16"** of the verified complaint.

**17:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"17"** of the verified complaint.

**18:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"18"** of the verified complaint.

**19:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"19"** of the verified complaint.

**20:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"20"** of the verified complaint.

**21:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"21"** of the verified complaint.

**22:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"22"** of the verified complaint.

**23:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"23"** of the verified complaint.

**24:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"24"** of the verified complaint.

**25:** Deny upon information and belief each and every allegation contained in paragraph designated **"25"** of the verified complaint except admits that **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., (hereinafter also "LCFD")** is a not-for-profit corporation organized under the laws of New York with principal offices located at 75 Washington Avenue, Lawrence, New York 11559.

**26:** Deny upon information and belief each and every allegation contained in paragraph designated **"26"** of the verified complaint except admits that **LCFD** also has a Board of Directors of the Lawrence-Cedarhurst Fire Department (the "LCFD Board") that is organized under the by-laws of the **LCFD**.

**27:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"27"** of the verified complaint.

**28:** Deny upon information and belief each and every allegation contained in paragraph designated **"28"** of the verified complaint except admits that **DEPUTY CHIEF MEYER ADLER** (hereinafter also "DEPUTY CHIEF ADLER" was a Deputy Chief Defendant with **LCFD** on February 7, 2023.

**29:** Deny upon information and belief each and every allegation contained in paragraph designated **"29"** of the verified complaint as to this answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

**30:** Deny upon information and belief each and every allegation contained in paragraph designated **"30"** of the verified complaint as to these answering defendants except admits that **DEPUTY CHIEF ADLER** was a volunteer LCFD otherwise deny having knowledge or information sufficient to form a belief.

**31:** Deny upon information and belief each and every allegation contained in paragraph designated **"31"** of the verified complaint.

**32:** Deny upon information and belief each and every allegation contained in paragraph designated **"32"** of the verified complaint.

**AS AND FOR AN ANSWER TO NATURE OF THE CASE**

**33:** Deny upon information and belief each and every allegation contained in paragraph designated **"33"** of the verified complaint and refers all questions of law to this Honorable Court.

**34:** Deny upon information and belief each and every allegation contained in paragraph designated **"34'** of the verified complaint and refers all questions of law to this Honorable Court.

**35:** Deny upon information and belief each and every allegation contained in paragraph designated **"35"** of the verified complaint as to these answering defendant, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**AS AND FOR AN ANSWER TO NOTICE OF CLAIM**

**36:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"36"** of the verified complaint.

**37:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"37"** of the verified complaint and refers all questions of law to this Honorable Court.

**38:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"38"** of the verified complaint.

**39:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"39"** of the verified complaint.

**40:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"40"** of the verified complaint.

**41:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"41"** of the verified complaint.

**AS AND FOR AN ANSWER TO FACTS AND CIRCUMSTANCES**

**42:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"42"** of the verified complaint.

**43:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"43"** of the verified complaint.

**44:** Deny upon information and belief each and every allegation contained in paragraph designated **"44"** of the verified complaint as to this answering defendant, otherwise deny having knowledge or information sufficient to form a belief.

**45:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"45"** of the verified complaint.

**46:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"46"** of the verified complaint.

**47:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"47"** of the verified complaint.

**48:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"48"** of the verified complaint.

**49:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"49"** of the verified complaint.

**50:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"50"** of the verified complaint.

**51:** Deny upon information and belief each and every allegation contained in paragraph designated **"51"** of the verified complaint.

**52:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"52"** of the verified complaint.

**53:** Deny upon information and belief each and every allegation contained in paragraph designated **"53"** of the verified complaint except admits that the **LCFD** firehouse is located at 75 Washington Avenue, Lawrence, New York 11559.

**54:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"54"** of the verified complaint.

**55:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"55"** of the verified complaint.

**56:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"56"** of the verified complaint.

**57:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"57"** of the verified complaint.

**58:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"58"** of the verified complaint.

**59:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"59"** of the verified complaint.

**60:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"60"** of the verified complaint.

**61:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"61"** of the verified complaint.

**62:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"62"** of the verified complaint.

**63:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"63"** of the verified complaint.

**64:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"64"** of the verified complaint.

**65:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"65"** of the verified complaint.

**66:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"66"** of the verified complaint.

**67:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"67"** of the verified complaint.

**68:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"68"** of the verified complaint.

**69:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"69"** of the verified complaint.

**70:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"70"** of the verified complaint.

**71:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"71"** of the verified complaint.

**72:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"72"** of the verified complaint.

**73:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"73"** of the verified complaint.

**74:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"74"** of the verified complaint.

**75:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"75"** of the verified complaint.

**76:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"76"** of the verified complaint.

**77:** Deny upon information and belief each and every allegation contained in paragraph designated **"77"** of the verified complaint.

**78:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"78"** of the verified complaint.

**79:** Deny upon information and belief each and every allegation contained in paragraph designated **"79"** of the verified complaint.

**80:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"80"** of the verified complaint.

**81:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"81"** including sub-paragraphs a-k of the verified complaint.

**82:** Deny upon information and belief each and every allegation contained in paragraph designated **"82"**of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

**83:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"83"** of the verified complaint.

**84:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"84"** of the verified complaint.

**AS AND FOR AN ANSWER TO NEW YORK STATE ATTORNEY GENERALS PRIOR INVESTIGATION INTO NCPD AND BETTES**

**85:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"85"** of the verified complaint.

**86:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"86"** of the verified complaint.

**87:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"87"** of the verified complaint.

**88:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"88"** of the verified complaint.

**89:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"89"** of the verified complaint.

**90:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"90"** of the verified complaint.

**91:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"91"** of the verified complaint.

**92:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"92"** of the verified complaint.

**93:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"93"** of the verified complaint.

**94:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"94"** of the verified complaint.

**95:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"95"** of the verified complaint.

**96:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"96"** of the verified complaint.

**97:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"97"** of the verified complaint.

**98:** Deny upon information and belief each and every allegation contained in paragraph designated **"98"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**99:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"99"** of the verified complaint.

**AS AND FOR AN ANSWER TO CONTINUING WRONGFUL ACTS AGAINST PLAINTIFF DUE TO HIS RELIGION**

**100:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"100"** of the verified complaint.

**101:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"101"** of the verified complaint.

**102:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"102"** of the verified complaint.

**103:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"103"** of the verified complaint.

**AS AND FOR AN ANSWER TO LACK OF ACCOUNTABILITY BY THE DEFENDANTS FOR THEIR TORTIOUS ACTS**

**104:** Deny upon information and belief each and every allegation contained in paragraph designated **"104"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

**105:** Deny upon information and belief each and every allegation contained in paragraph designated **"105"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

**106:** Deny upon information and belief each and every allegation contained in paragraph designated **"106"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

**107:** Deny upon information and belief each and every allegation contained in paragraph designated **"107"** of the verified complaint as to these answering defendants, except admits that when **LCFD** held its annual swearing in ceremony **DEPUTY CHIEF MEYER ADLER** was sworn in otherwise deny having knowledge or information sufficient to form a belief.

**108:** Deny upon information and belief each and every allegation contained in paragraph designated **"108"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**109:** Deny upon information and belief each and every allegation contained in paragraph designated **"109"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**110:** Deny upon information and belief each and every allegation contained in paragraph designated **"110"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**111:** Deny upon information and belief each and every allegation contained in paragraph designated **"111"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**112:** Deny upon information and belief each and every allegation contained in paragraph designated **"112"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**113:** Deny upon information and belief each and every allegation contained in paragraph designated **"113"** of the verified complaint.

**114:** Deny upon information and belief each and every allegation contained in paragraph designated **"114"** of the verified complaint.

**115:** Deny upon information and belief each and every allegation contained in paragraph designated **"115"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

<u>**AS AND FOR AN ANSWER TO A FIRST CAUSE OF ACTION AS TO ASSAULT**</u>

**116:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "115"** as if more specifically set forth in answer to paragraph designated **"116"** of the verified complaint and each and every part thereof.

**117:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"117"** of the verified complaint.

**118:** Deny upon information and belief each and every allegation contained in paragraph designated **"118"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

**119:** Deny upon information and belief each and every allegation contained in paragraph designated **"119"** of the verified complaint.

**120:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"120"** of the verified complaint.

**121:** Deny upon information and belief each and every allegation contained in paragraph designated **"121"** of the verified complaint.

**122:** Deny upon information and belief each and every allegation contained in paragraph designated **"122"** of the verified complaint and refers all questions of law to this Honorable Court.

**123:** Deny upon information and belief each and every allegation contained in paragraph designated **"123"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**124:** Deny upon information and belief each and every allegation contained in paragraph designated **"124"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**AS AND FOR AN ANSWER TO A SECOND CAUSE OF ACTION AS TO BATTERY**

**125:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "124"** as if more specifically set forth in answer to paragraph designated **"125"** of the verified complaint and each and every part thereof.

**126:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"126"** of the verified complaint.

**127:** Deny upon information and belief each and every allegation contained in paragraph designated **"127"** of the verified complaint and refers all questions of law to this Honorable Court.

**128:** Deny upon information and belief each and every allegation contained in paragraph designated **"128"** of the verified complaint.

**AS AND FOR AN ANSWER TO A THIRD CAUSE OF ACTION AS TO (False Arrest Under 42 U.S.C. § 1983 and New York State Law) (All Defendants Except John Doe #1,2)**

**129:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "128"** as if more specifically set forth in answer to paragraph designated **"129"** of the verified complaint and each and every part thereof.

**130:** Deny upon information and belief each and every allegation contained in paragraph designated **"130"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**131:** Deny upon information and belief each and every allegation contained in paragraph designated **"131"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**132:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"132"** of the verified complaint.

**133:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"133"** of the verified complaint.

**134:** Deny upon information and belief each and every allegation contained in paragraph designated **"134"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**135:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"135"** of the verified complaint.

**136:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"136"** of the verified complaint.

**137:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"137"** of the verified complaint.

**138:** Deny upon information and belief each and every allegation contained in paragraph designated **"138"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**139:** Deny upon information and belief each and every allegation contained in paragraph designated **"139"** of the verified complaint.

**AS AND FOR AN ANSWER TO A FOURTH CAUSE OF ACTION AS TO (False Imprisonment Under 42 U.S.C. § 1983 and New York State Law) (All Defendants Except John Doe #1,2)**

**140:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "139"** as if more specifically set forth in answer to paragraph designated **"140"** of the verified complaint and each and every part thereof.

**141:** Deny upon information and belief each and every allegation contained in paragraph designated **"141"** of the verified complaint as to these answering defendants, otherwise deny having

knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**142:** Deny upon information and belief each and every allegation contained in paragraph designated **"142"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**143:** Deny upon information and belief each and every allegation contained in paragraph designated **"143"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**144:** Deny upon information and belief each and every allegation contained in paragraph designated "**144"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**145:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"145"** of the verified complaint.

**146:** Deny upon information and belief each and every allegation contained in paragraph designated **"146"** of the verified complaint.

**AS AND FOR AN ANSWER TO A FIFTH CAUSE OF ACTION AS TO (Malicious Abuse of Process Under 42 U.S.C. § 1983 and New York State Law) (All Defendants Except John Doe #1,2)**

**147:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate

and reallege each and every denial in answer to the paragraphs designated **"1" through "146"** as if more specifically set forth in answer to paragraph designated **"147"** of the verified complaint and each and every part thereof.

**148:** Deny upon information and belief each and every allegation contained in paragraph designated **"148"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

**149:** Deny upon information and belief each and every allegation contained in paragraph designated **"149"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**150:** Deny upon information and belief each and every allegation contained in paragraph designated **"150"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**151:** Deny upon information and belief each and every allegation contained in paragraph designated **"151"** of the verified complaint.

**152:** Deny upon information and belief each and every allegation contained in paragraph designated **"152"** of the verified complaint.

**153:** Deny upon information and belief each and every allegation contained in paragraph designated **"153"** of the verified complaint.

**AS AND FOR AN ANSWER TO A SIXTH CAUSE OF ACTION AS TO NEGLIGENCE**

**154:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as**

**firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "153"** as if more specifically set forth in answer to paragraph designated **"154"** of the verified complaint and each and every part thereof.

**155:** Deny upon information and belief each and every allegation contained in paragraph designated **"155"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**156:** Deny upon information and belief each and every allegation contained in paragraph designated **"156"** of the verified complaint.

**157:** Deny upon information and belief each and every allegation contained in paragraph designated **"157"** of the verified complaint.

**158:** Deny upon information and belief each and every allegation contained in paragraph designated **"158"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**159:** Deny upon information and belief each and every allegation contained in paragraph designated **"159"** of the verified complaint.

**160:** Deny upon information and belief each and every allegation contained in paragraph designated **"160"** of the verified complaint.

**AS AND FOR AN ANSWER TO A SEVENTH CAUSE OF ACTION AS TO (Negligent Hiring, Training and Supervision) (COUNTY OF NASSAU, NCPD, SHERIFF'S DEPARTMENT AND LCD)**

**161:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "160"** as if more specifically set forth in answer to paragraph designated **"161"** of the verified complaint and each and every part thereof.

**162:** Deny upon information and belief each and every allegation contained in paragraph designated **"162"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**163:** Deny upon information and belief each and every allegation contained in paragraph designated **"163"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**164:** Deny upon information and belief each and every allegation contained in paragraph designated **"164"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**165:** Deny upon information and belief each and every allegation contained in paragraph designated **"165"** of the verified complaint as to these answering defendants, otherwise deny having

knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**166:** Deny upon information and belief each and every allegation contained in paragraph designated **"166"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**167:** Deny upon information and belief each and every allegation contained in paragraph designated **"167"** of the verified complaint.

**168:** Deny upon information and belief each and every allegation contained in paragraph designated **"168"** of the verified complaint.

**AS AND FOR AN ANSWER TO A EIGHTH CAUSE OF ACTION AS TO**
**(Unlawful Search and Seizure Under 42 U.S.C. § 1983 and NYS LAW)**

**169:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "168"** as if more specifically set forth in answer to paragraph designated **"169"** of the verified complaint and each and every part thereof.

**170:** Deny upon information and belief each and every allegation contained in paragraph designated **"170"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief.

**171:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"171"** of the verified complaint.

**172:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"172"** of the verified complaint.

**173:** Deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph designated **"173"** of the verified complaint.

**174:** Deny upon information and belief each and every allegation contained in paragraph designated **"174"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**175:** Deny upon information and belief each and every allegation contained in paragraph designated **"175"** of the verified complaint.

**176:** Deny upon information and belief each and every allegation contained in paragraph designated **"176"** of the verified complaint and refers all questions of law to this Honorable Court.

**177:** Deny upon information and belief each and every allegation contained in paragraph designated **"177"** of the verified complaint.

**AS AND FOR AN ANSWER TO A NINTH CAUSE OF ACTION AS TO**
**(Department of Rights and Denial of Equal Protection of Laws Under New York State law)**

**178:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "177"** as if more specifically set forth in answer to paragraph designated **"178"** of the verified complaint and each and every part thereof.

**179:** Deny upon information and belief each and every allegation contained in paragraph designated **"179"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**180:** Deny upon information and belief each and every allegation contained in paragraph designated **"180"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**181:** Deny upon information and belief each and every allegation contained in paragraph designated **"181"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**182:** Deny upon information and belief each and every allegation contained in paragraph designated **"182"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**183:** Deny upon information and belief each and every allegation contained in paragraph designated **"183"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**184:** Deny upon information and belief each and every allegation contained in paragraph designated **"184"** of the verified complaint as to these answering defendants, otherwise deny having

knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**185:** Deny upon information and belief each and every allegation contained in paragraph designated **"185"** of the verified complaint and refers all questions of law to this Honorable Court.

**186:** Deny upon information and belief each and every allegation contained in paragraph designated **"186"** of the verified complaint.

**AS AND FOR AN ANSWER TO A TENTH CAUSE OF ACTION AS TO (Department of Rights and Denial of Equal Protection of Laws Under New York State law)**

**187:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "186"** as if more specifically set forth in answer to paragraph designated **"187"** of the verified complaint and each and every part thereof.

**188:** Deny upon information and belief each and every allegation contained in paragraph designated **"188"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**189:** Deny upon information and belief each and every allegation contained in paragraph designated **"189"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**190:** Deny upon information and belief each and every allegation contained in paragraph designated **"190"** of the verified complaint.

**191:** Deny upon information and belief each and every allegation contained in paragraph designated **"191"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**192:** Deny upon information and belief each and every allegation contained in paragraph designated **"192"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**193:** Deny upon information and belief each and every allegation contained in paragraph designated **"193"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**194:** Deny upon information and belief each and every allegation contained in paragraph designated **"194"** of the verified complaint.

**195:** Deny upon information and belief each and every allegation contained in paragraph designated **"195"** of the verified complaint.

**AS AND FOR AN ANSWER TO A ELEVENTH CAUSE OF ACTION AS TO**
**(Failure to Intervene Under New York State Law)**

**196:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "195"** as if

more specifically set forth in answer to paragraph designated **"196"** of the verified complaint and each and every part thereof.

**197:** Deny upon information and belief each and every allegation contained in paragraph designated **"197"** of the verified complaint.

**198:** Deny upon information and belief each and every allegation contained in paragraph designated **"198"** of the verified complaint.

**199:** Deny upon information and belief each and every allegation contained in paragraph designated **"199"** of the verified complaint.

**AS AND FOR AN ANSWER TO A TWELFTH CAUSE OF ACTION AS TO (Failure to Intervene Under 42 U.S.C. § 1983)**

**200:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "199"** as if more specifically set forth in answer to paragraph designated **"200"** of the verified complaint and each and every part thereof.

**201:** Deny upon information and belief each and every allegation contained in paragraph designated **"201"** of the verified complaint.

**202:** Deny upon information and belief each and every allegation contained in paragraph designated **"202"** of the verified complaint and refers all questions of law to this Honorable Court.

**203:** Deny upon information and belief each and every allegation contained in paragraph designated **"203"** of the verified complaint.

**AS AND FOR AN ANSWER TO A THIRTEENTH CAUSE OF ACTION AS TO (Due Process/Fabrication of Evidence Claim Under 42 U.S.C. § 1983)**

**204:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "203"** as if more specifically set forth in answer to paragraph designated **"204"** of the verified complaint and each and every part thereof.

**205:** Deny upon information and belief each and every allegation contained in paragraph designated **"205"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**206:** Deny upon information and belief each and every allegation contained in paragraph designated **"206"** of the verified complaint and refers all questions of law to this Honorable Court.

**207:** Deny upon information and belief each and every allegation contained in paragraph designated **"207"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**208:** Deny upon information and belief each and every allegation contained in paragraph designated **"208"** of the verified complaint.

**209:** Deny upon information and belief each and every allegation contained in paragraph designated **"209"** of the verified complaint.

**AS AND FOR AN ANSWER TO A FOURTEENTH CAUSE OF ACTION AS TO (Intentional Infliction of Emotional Distress)**

**210:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "209"** as if more specifically set forth in answer to paragraph designated **"210"** of the verified complaint and each and every part thereof.

**211:** Deny upon information and belief each and every allegation contained in paragraph designated **"211"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**212:** Deny upon information and belief each and every allegation contained in paragraph designated **"212"** of the verified complaint.

**213:** Deny upon information and belief each and every allegation contained in paragraph designated **"213"** of the verified complaint.

**AS AND FOR AN ANSWER TO A FIFTEENTH CAUSE OF ACTION AS TO (Negligent Infliction of Emotional Distress)**

**214:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "213"** as if more specifically set forth in answer to paragraph designated **"214"** of the verified complaint and each and every part thereof.

**215:** Deny upon information and belief each and every allegation contained in paragraph designated **"215"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**216:** Deny upon information and belief each and every allegation contained in paragraph designated **"216"** of the verified complaint.

**217:** Deny upon information and belief each and every allegation contained in paragraph designated **"217"** of the verified complaint.

**AS AND FOR AN ANSWER TO PUNITIVE DAMAGES**

**218:** Defendants, **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)**, repeat, reiterate and reallege each and every denial in answer to the paragraphs designated **"1" through "217"** as if more specifically set forth in answer to paragraph designated **"218"** of the verified complaint and each and every part thereof.

**219:** Deny upon information and belief each and every allegation contained in paragraph designated **"219"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**220:** Deny upon information and belief each and every allegation contained in paragraph designated **"220"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**221:** Deny upon information and belief each and every allegation contained in paragraph designated **"221"** of the verified complaint as to these answering defendants, otherwise deny having knowledge or information sufficient to form a belief and refers all questions of law to this Honorable Court.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

**222:** That the personal injuries and/or damages alleged to have been sustained by the plaintiff were caused entirely or in part through the culpable conduct of the plaintiff, without any negligence on the part of these answering defendants and these answering defendants seek a dismissal or reduction in any recovery that may be had by the plaintiff in the proportion which the culpable conduct, attributable to the plaintiff, bears to the entire measure of responsibility for the occurrence.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

**223:** That the plaintiff assumed the risk related to activity causing the injuries sustained.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

**224:** Upon information and belief, any past or future costs or expenses incurred or to be incurred by the plaintiff for medical care, dental care, custodial care or rehabilitative services, loss of earnings or other economic loss, has been or will with reasonable certainty be replaced or indemnified in whole or in part from collateral source as defined in Section 4545(c) of the New York Civil Practice Law and Rules.

**225** If any damages are recoverable against said defendants, the amount of such damages shall be diminished by the amount of the funds which plaintiff has or shall receive from such collateral source.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

**226:** Pursuant to CPLR 1603, these answering defendants assert the limitations contained in CPLR 1601 and 1602 and all rights contained therein.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

**227:** That the complaint fails to state a valid cause of action as against these answering defendants.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

**228:** The defendants assert the rights and benefits provided under the General Obligations Law §15-108.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

**229:** That plaintiff's claim for punitive damages is inapplicable.

**AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE**

**230:** That answering defendants are entitled to immunity by virtue of qualified privilege.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

**231:** These answering defendants are entitled to immunity by virtue of absolute privilege.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

**232:** Upon information and belief, if the allegations within the pleading are proven correct, the alleged culpable acts or omissions of these answering defendants were privileged

**AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE**

**233:** Answering defendants sued in their official capacity lack notice and opportunity to respond to the alleged constitutional violations

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

**234:** The plaintiff failed to mitigate or otherwise act to lessen or reduce the injuries alleged in the verified complaint.

**AS AND FOR A THIREENTH AFFIRMATIVE DEFENSE**

**235:** Any criminal proceeding against plaintiff commenced or participated in by defendants was based on probable cause and not due to malice.

**AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE**

**236:** These answering defendants acted in good faith without malice.

**AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE**

**237:** Any detention of plaintiff was reasonable.

**AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE**

**238:** Any use of physical force to plaintiff was reasonable.

**AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE**

**239:** Answering defendants did not discriminate against plaintiff and defendants' conduct complied with the requirements of the applicable situations and regulations

**AS AND FOR A EIGHTEENTH AFFIRMATIVE DEFENSE**

**240:** Answering defendants reserve their rights to add additional affirmative defenses ascertained during the course of discovery in this action .

**AS AND FOR A CROSS COMPLAINT OVER<br>AND AGAINST THE CO-DEFENDANTS,<br>COUNTY OF NASSAU; NASSAU COUNTY POLICE<br>DEPARTMENT; NASSAU COUNTY POLICE OFFICERS<br>NICOLE BETTES, JOSEPH CHECCO, and CHRISTOPHER<br>COSTELLO (individually and in their capacity as employees<br>of the Nassau County Police Department); SHERIFF'S<br>DEPARTMENT COUNTY OF NASSAU; JOHN DOES "1&2",<br>(individually and in their capacity as employees of the Sheriff's<br>Department County of Nassau) and JOSHUA KIRSCHNER, (LCFD)**

**THESE DEFENDANTS
LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., AND
DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)
ALLEGES UPON INFORMATION AND BELIEF:**

**241:** That if the plaintiff was caused to sustain personal injuries and resulting damages at the time and place set forth in the plaintiff's verified complaint and in the manner alleged therein, through any carelessness, recklessness, acts, omissions, negligence and/or breaches of duty and/or warranty and/or contract, other than of the plaintiff, then the said injuries and damages arose out of the several and joint carelessness, recklessness, acts, omissions, negligence and breaches of duty and/or obligation and/or Statute and/or Warranty and/or contract in fact or implied in law, upon the part of the co-defendants, with indemnification and save harmless agreement and/or responsibility by them in fact and/or implied in law and without any breaches or any negligence of these answering defendants contributing thereto; and if these answering defendants are found liable as to the plaintiff for the injuries and damages as set forth in the plaintiff's verified complaint, then, and in that event, the relative responsibilities of all said defendants in fairness must be apportioned by a separate determination in view of the existing factual disparity, and the said co-defendants herein will be liable over jointly and severally to these answering defendants and bound to fully indemnify and hold these answering defendants harmless for the full amount of any verdict or judgment that the plaintiff herein may recover against these answering defendants in this action, including all costs of investigation, disbursements, expenses and attorney's fees incurred in the defense of this action and in the conduct of this cross complaint.

**WHEREFORE,** the defendants **LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., and DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)** demands judgment dismissing the plaintiff's verified complaint on the merits; and if the plaintiff is found to have contributed to the accident or damages, that any damages be reduced in

proportion to which the plaintiff may be found to have so contributed to the accident or damages and further demands judgment over and against the co-defendants on the cross-claim, for the amount of any judgment obtained against the answering defendant by plaintiff or any other party or on the basis of the apportionment of responsibility in such amounts as a jury or Court may direct together with the costs, disbursements and expenses of this action including attorney's fees.

Dated: Albertson, New York
May 20, 2024

By:________________________

Maureen Casey
Ahmuty, Demers & McManus, Esqs.
Attorney for Defendants
LAWRENCE-CEDARHURST
FIRE DEPARTMENT, INC., and
DEPUTY CHIEF MEYER ADLER
(LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department)
200 I.U. Willets Road
Albertson, New York 11507
Tel# (516) 535-2417
Our File GCMA 026124 MC

To: Via Electronic Filing
John C. Theodorellis
John C. Theodorellis, PLLC
Attorneys for Plaintiff
150 Motor Parkway, Suite 401
Hauppauge, New York 11788
(631) 787-8569

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

STEVEN MAKOWSKY,

Plaintiff,

-against-

COUNTY OF NASSAU; NASSAU COUNTY POLICE DEPARTMENT; NASSAU COUNTY POLICE OFFICERS NICOLE BETTES, JOSEPH CHECCO, and CHRISTOPHER COSTELLO (individually and in their capacity as employees of the Nassau County Police Department); SHERIFF'S DEPARTMENT COUNTY OF NASSAU; JOHN DOES "1&2", (individually and in their capacity as employees of the Sheriff's Department County of Nassau); LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC.; JOSHUA KIRSCHNER, (LCFD) AND DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department),

Defendants.

---------------------------------------------------------------------X

Civil Case No:

2:24-CV-03156-ST

CLIENT VERIFICATION

STATE OF NEW YORK )
: SS.:
COUNTY OF NASSAU )

**DEPUTY CHIEF MEYER ADLER**, being duly sworn says: I am one of the parties to this action; I have read the annexed VERIFIED ANSWER TO VERIFIED COMPLAINT, know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true.

[signature]
**DEPUTY CHIEF MEYER ADLER**

Sworn to before me on
21st day of May, 2024

[signature]
NOTARY PUBLIC

MICHAEL P. SASSO
Notary Public, State of New York
No. 4984329
Qualified in Nassau County
Commission Expires July 22, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

STEVEN MAKOWSKY,

Plaintiff,

-against-

COUNTY OF NASSAU; NASSAU COUNTY POLICE DEPARTMENT; NASSAU COUNTY POLICE OFFICERS NICOLE BETTES, JOSEPH CHECCO, and CHRISTOPHER COSTELLO (individually and in their capacity as employees of the Nassau County Police Department); SHERIFF'S DEPARTMENT COUNTY OF NASSAU; JOHN DOES "1&2", (individually and in their capacity as employees of the Sheriff's Department County of Nassau); LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC.; JOSHUA KIRSCHNER, (LCFD) AND DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department),

Defendants.

---------------------------------------------------------------------X

Civil Case No:

2:24-CV-03156-ST

CLIENT VERIFICATION

STATE OF NEW YORK )
: SS.:
COUNTY OF NASSAU )

**JOSEPH MONTILLI**, being duly sworn says: I am, Chairman of the Board of Directors for LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC., one of the parties to this action; I have read the annexed VERIFIED ANSWER TO VERIFIED COMPLAINT, know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true.

[signature]
**JOSEPH MONTILLI**

Sworn to before me on
21st day of May, 2024

[signature]
NOTARY PUBLIC

MICHAEL P. SASSO
Notary Public, State of New York
No. 4984329
Qualified in Nassau County
Commission Expires July 22, 2025