**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------X

STEVEN MAKOWSKY,
Plaintiff,
-against-
COUNTY OF NASSAU; NASSAU COUNTY POLICE DEPARTMENT; NASSAU COUNTY POLICE OFFICERS NICOLE BETTES, JOSEPH CHECCO, and CHRISTOPHER COSTELLO (individually and in their capacity as employees of the Nassau County Police Department); SHERIFF'S DEPARTMENT COUNTY OF NASSAU; JOHN DOES "1 &2", (individually and in their capacity as employees of the Sheriff's Department County of Nassau); LAWRENCE-CEDARHURST FIRE DEPARTMENT, INC.; JOSHUA KIRSCHNER, (LCFD) AND DEPUTY CHIEF MEYER ADLER (LCFD) (individually and in their capacity as firefighters and employees of the Lawrence-Cedarhurst Fire Department),
Defendants.

--------------------------------------------------X

**CIVIL ACTION**
**CASE NO.: 24-cv-03156 NJC-ST**

**STIPULATION TO REMAND ACTION TO STATE COURT**

**RECITALS**

1. On February 5, 2024, a civil action was commenced by Plaintiff in the Supreme Court of the State of New York, County of Nassau under Index No. 602091/2024 against the above-captioned Defendants.

2. On April 26, 2024, Defendant Kirschner removed this matter to this Court. (See Notice of Removal, ECF No. 1).

3. The parties have conferred regarding the Plaintiffs' pending motion to remand due to lack of unanimous consent of all Defendants. All Defendants now consent to remand of this matter back to the Supreme Court, State of New York, Nassau County where it was originally filed under Index No. 602091/2024.

4. Given that the Parties have agreed that Remand is warranted at this time, they

respectfully request that the Court take the pre-motion conference scheduled for June 13, 2024, at 2:00 p.m. off calendar.

**STIPULATION**

NOW, THEREFORE, IT IS STIPULATED AND AGREED by the Plaintiff and the Defendants, through their attorneys representing them herein that the above captioned action, having been removed to the United States District Court, Eastern District of New York on April 26, 2024, shall be and is hereby forthwith remanded back to the Supreme Court of the State of New York, Nassau County for all purposes.

IT IS FURTHER STIPULATED AND AGREED that a facsimile of this stipulation shall have the same force and effect as an original.

Dated: June 6, 2024

Landman Corsi Ballaine & Ford P.C.
By: /s/ *Diane Ruccia*
Diane Ruccia
Attorneys for Defendant
Joshua Krischner
120 Broadway, 27th Floor
New York, New York 10271
(212) 238-4800

John C. Theodorellis, PLLC
By: */s/ John C. Theodorellis*
Attorney for Plaintiff
150 Motor Parkway, Suite 401
Hauppauge, New York 11788
(631) 787-8569

Ahmuty, Demers & McManus, Esqs.
By: */s/ Maureen Casey*
Maureen Casey
Attorney for Defendants Lawrence-Cedarhurst
Fire Department, Inc., And Deputy Chief Meyer Adler
(Lcfd) (individually and in their capacity as firefighters
and employees of the Lawrence-Cedarhurst
Fire Department)
200 I.U. Willets Road
Albertson, New York 11507
Tel# (516) 535-2417

Thomas A. Adams,
Nassau County Attorney
By: /s/ *John Carnevale, Esq.*
John Carnevale, Esq.

Deputy County Attorney
Attorney for County Defendants
County of Nassau, Nassau County Police Department,
Nassau County Police Officers Nicole Bettes,
Joseph Checco, and Christopher Costello;
Sheriff's Department County Of Nassau; John Does "1&2"
Office of the Nassau County Attorney
One West Street, Mineola, New York 11501
(516) 571-179

**ORDER**

For good cause showing IT IS ORDERED that the action shall immediately be remanded to the Supreme Court of the State of New York, County of Nassau. The Clerk shall take all steps to remand this action to the Nassau County Supreme Court. This Court Vacates all pending matters and dates set before this Court. This Court will take no further action regarding this case.

**IT IS SO ORDERED**

**Dated:**

______________________________________
**Hon. Nusrat J. Choudhury, Judge USDC, EDNY**